

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2015

No. 04-15-00068-CV

John M. **DONOHUE,**
Appellant

v.

Perla **DOMINGUEZ** and Kevin Nakata, In Their Individual Capacities,
Appellees

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-12457
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant, who is pro se on appeal and indigent, has filed a motion asking for a copy of the clerk's record. He has filed a separate motion asking for an extension of time to file his brief, which is currently due May 29, 2015. Based on our review of the motions, we **GRANT** appellant's motion asking for a copy of the clerk's record and **ORDER** the clerk of this court to send appellant a copy of the clerk's record immediately. We further **GRANT** appellant's motion for an extension of time, and **ORDER** appellant to file his brief in this court **on or before June 18, 2015**.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court